UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:                                        Case No. **15-20795**
**JOHN FAZEKAS**                           Chapter 13 Bankruptcy
**DELORES DIANN SCOTT-FAZEKAS**     Honorable Daniel S. Opperman

                                   Debtor(s)/

## DEBTORS' OBJECTION TO THE TRUSTEE'S MOTION TO DISMISS

NOW COME the debtors, JOHN FAZEKAS and DELORES DIANN SCOTT-FAZEKAS, by and through their attorneys, REINERT & REINERT, by Michael C. Reinert, and hereby object to the Trustee's motion to dismiss and in support of the objection state as follows:

1. It is admitted the debtors filed their joint petition under Chapter 13 of the United States Bankruptcy Code on April 15, 2015.

2. It is admitted the Chapter 13 plan was confirmed by the Court on July 24, 2015.

3. It is admitted the Michigan Department of Treasury filed on September 1, 2015 a $32,746.74 secured claim. By way of further answer, it is anticipated that the Michigan Department of Treasury will further amend its claim.

4. It is admitted Montmorency County filed a Proof of Claim for 2012 through 2014 property taxes in the amount of $1,795.51.

5. It is admitted Montmorency County filed a Proof of Claim for 2014 property taxes in the amount of $41.23.

6. It is admitted Montmorency County filed a Proof of Claim on June 3, 2015 for 2014 property taxes in the amount of $916.42.

7. It is admitted the schedules listed Montmorency County as holding an approximate claim of $4,000.00 for real property taxes on a commercial property that is to be sold as part of the funding of this case. It is further admitted the claim filed by Montmorency County for 2012 through 2014 property taxes on this parcel is $6,384.89.

8. Answering Paragraph Eight of the motion, it is believed the sale of the commercial real property as provided for in the plan will generate sufficient plan funding to keep the plan feasible.

9. The debtors will sell the commercial real property and pay the Trustee such amount as is necessary for the plan to remain feasible.

10. It is denied there exists a material default requiring dismissal of the case.

WHEREFORE, the debtors request the Court to deny the Trustee's motion to dismiss and for such other and further relief as to which the debtors may be deemed entitled.

REINERT & REINERT

Date: October 29, 2015
/s/ Michael C. Reinert
MICHAEL C. REINERT (P26898)
Attorney for Debtors
3434 Davenport Avenue
Saginaw, MI 48602
(989)799-8860 Phone <> (989)799-8861 Fax
ecf@mcreinert.com

Prepared by:
Reinert & Reinert
By: Michael C. Reinert (P26898)
Attorney for Debtors